UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

-----------------------------------------------------------------X

MONITRONICS INTERNATIONAL, INC.,

                                                    Civil Action No. 3:16-cv-960

                Plaintiff,

      -against-

FIRST MERCURY INSURANCE CO.,

                Defendant.
-----------------------------------------------------------------X

## **DEFENDANT'S MOTION TO DISMISS**

    Defendant, First Mercury Insurance Company files this Motion to Dismiss. In accordance with Local Rule 7.1(d), the reasons for and argument and authorities in support of the motion are stated in the Defendant's Brief in Support of their Motion to Dismiss, filed contemporaneously with this Motion.

    For the reasons set forth in its Brief in Support of its Motion to Dismiss, Defendant First Mercury Insurance Company requests the Court to grant its Motion to Dismiss, or, in the alternative, for an Order staying this case, and to award it all other relief, both at law and in equity, to which it is justly entitled.

Respectfully submitted,

*/s/ Dimple Desai Shah*
Dimple Desai Shah, Esquire
Texas State Bar No. 24012523
**BOWMAN AND BROOKE LLP**
5830 Granite Parkway, Suite 1000
Plano, TX 75024
(972) 616-1704
(972) 616-1701 (Facsimile)
Dimple.Shah@bowmanandbrooke.com
*Counsel for Defendant First Mercury Insurance Company*

And

Christopher R. Carroll, Esquire
Mark F. Hamilton, Esquire
CARROLL MCNULTY & KULL LLC
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
ccarroll@cmk.com
mhamilton@cmk.com
*Pro Hac Vice Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2017, I a true and correct copy of the foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Dimple Desai Shah

**DEFENDANTS' MOTION TO DISMISS**                                                                                       **PAGE 2**