UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONITRONICS INTERNATIONAL, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-cv-960-B |
| FIRST MERCURY INSURANCE CO., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Monitronics, International, Inc.'s Notice of Dismissal with Prejudice, filed November 7, 2018 (Doc. 67). The Court hereby **dismisses** Plaintiff's claims against Defendant First Mercury Insurance Co. **with prejudice** and **orders** that each party shall bear its own costs and fees.

It is so ordered this 7th day of November, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE